AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Avery Brown,<br>*Plaintiff*<br>v.<br>Stephanie Singleton, Detention Major Harris, and Detention Deputy Sgt. Roderick<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No 9:21-817-HMH-MHC. |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _ ), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Report and Recommendation and the record in this case, the court adopts Magistrate Judge Cherry's Report and Recommendation and incorporates it herein. It is therefore. ORDERED that Defendants' Motion for Summary Judgment is granted, and Plaintiff's Motion for Summary Judgment is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Henry M. Herlong, Jr., United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date: 5/26/2022                                                            *ROBIN L. BLUME, CLERK OF COURT*

s/ A. Snipes

*Signature of Clerk or Deputy Clerk*